RAYMOND J. BAZELL
6517 Yarmouth Ave.
Reseda, CA. 91335
Phone (818)770-9658
Plaintiff Pro Se



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND J. BAZELL, | Case No. CV11-02097GHK(OP) |
| Plaintiff, | PLAINTIFF'S OBJECTIONS TO REPORT AND RECOMMENDATIONS; DECLARATION OF RAYMOND J. BAZELL; EXHIBITS |
| v. | |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | |
| Defendant. | |

TO THIS COURT:

Plaintiff RAYMOND J. BAZELL (Plaintiff) hereby submits his Objections to U.S. Magistrate Judge Honorable OSWALD PARADA'S (Mag. Parada's) Report and Recommendations dismissing this case.

I. INTRODUCTION

On March 11, 2011, Plaintiff filed this civil case on grounds of deprivation of his constitutional rights under 42 U.S.C. ²1983 (Code 440 - Other civil rights) stating in its cover sheet: "My case from a redlight-camera ticket was fraudulently prosecuted by a sheriff deputy instead of by the Office of the City Attorney", exhibit 1.

- 1 -

On April 11, 2011, Plaintiff's Complaint was filed with an already erroneous code by the court's clerk indicating code 530 (Prisoner's Petition-General), exhibit 2.

On March 24, 2011, Mag. Parada ruled said civil rights Complaint to be a Habeas Corpus Writ, exhibit 3.

On or about May 31, 2011, Plaintiff received Mag. Parada's Report and Recommendations dismissing his Complaint, and ordering Plaintiff to file his Objections (If any) within 15 days.

## II. DECLARATION OF RAYMOND BAZELL

I, RAYMOND J. BAZELL, declare:

Requesting relief due to lack of due process by City Attorney and L.A. County Sheriff who sat in as prosecutor, the obvious prejudicial error which was ignored by the State appeal process occurred on March 25, 2010.

Fact that on March 9, 2010, a motion was properly made to Traffic Violations Bureau by receiving the certified mail request. This motion was for CD of the violation. This CD was needed to bolster my defense which consisted of logistics and photographs.

I appeared before Pro Tem judge Carolyn Phillips, in Dept. 109 of the Van Nuys Superior Court.

The proceedings were undertaken by a L.A. County sheriff deputy acting as the prosecutor. No city attorney deputy was visible or responding at any time during these "Kangaroo Court" type proceedings.

I showed a copy of the request for the CD (Certified mail received) to the judge. As receiving "discovery" in a criminal matter, I could not substantiate my defense without the benefit of the CD.

The sherif-prosecutor denied my right to the CD. The judge ordered the

- 2 -

case to proceed. The verdict was guilty after a four-minutes trial.
The conclusion is that by acting pro per, I was <u>not</u> afforded the same
same rights as an attorney. I was refused "discovery" which was essent-
ially vital to my defense.
The sheriff deputy, who was not an attorney who passed the California
Bar acted as a substitute for the <u>City Attorney</u>, which means that the
Pro Tem judge acted as the prosecutor's assistant which created most
"bias" instead of neutrality.
Thus, not only was I denied due process in this case but those actions
violated my constitutional right to a fair trial.
Finally, I request this honorable Court to set this erroneous decision
aside , but to also publicly admonish this unfair process taking place
in Department 109, of the Van Nuys Superior Court.
June 11,2011

                    RAYMOND J. BAZELL
                    Plaintiff Pro Se

III. MEMORANDUM OF POINTS AND AUTHORITIES

   1. Plaintiff never intended nor filed a Habeas Corpus Petition,
but a civil rights §1983 Complaint conveying at its fulcrum a gross
violation of his XIV Amendment constitutional rights of due process:
     U.S. Constitution Amendment XIV-Section 1:
     *  *  *  *  *  *  *  *  *  *  *
     "nor shall any State deprive any person of ...
      property, without due process of law"

- 2 -

2. (a) On March 25, 2010, at the trial court, there was no deputy city attorney prosecuting;

(b) The person that prosecuted Plaintiff's citation was a County of L.A. deputy sheriff -officer PINO, exhibit 4;

(c) Courts' prosecution of civil (Infractions) or criminal cases should only be conducted by deputy city attorneys (Misdemeanors) or District Attorneys (Felonies);

(d) Besides the gross violation, there was also an unconstitutional violation of the separation of powers [The interested deputy sheriff, as part of the Executive Branch (issuing the citation); while prosecutions should be uddertaken by the Judiciary Branch].

3. A Habeas petition is submitted in Form CV0-69 (04/05) which caption reads: "Petition for Habeas Corpus by a person in State custody 28 U.S.C. §2254".
This is not what Plaintiff submitted..

(a) 28 U.S.C. §2254 State Custody; Remedies in Federal Courts

(a) " The Supreme Court, a Justice thereof, a circuit judge, or a district court shall entertain an application for a Writ of Habeas Corpus in behalf of a person in custody..."

(b) Plaintiff is not even "in custody";

(c) Subject matter jurisdiction over a habeas petition exists only when, at the time the petition is filed, the petitioner is "in custody". See Maleng v. Cook, 490 U.S. 488, 490-91, 109 S.Ct. 1923 104 L.Ed 2d 554 (1968); Fowler v. Sacramento County Sheriff's Dept, 421 F.3d 1027,1033 n5 (9th Cir. 2005);

4. Mag. Parada's ruling of March 24,2011 (Exhibit 3) classifying

- 4 -

Plaintiff's Complaint for deprivation of civil rights 42 U.S.C.§1983, as a 28 U.S.C. §2254 Petition for Habeas Corpus, was clearly erroneous and another violation of Plaintiff's constitutional rights.

IV. CONCLUSION

For all the foregoing, Plaintiff requests this Court to proceed with his original Complaint for deprivation of his constitutional rights pursuant to 42 U.S.C. §1983 by ordering The People-Los Angeles Office of the City Attorney to show cause.

June 11, 2011

*[signature]*

RAYMOND J. BAZELL

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I live in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my address is 704½ White Oak Ave., Reseda, CA. 91335.

On   June 11, 2011   I served the foregoing documents:
PLAINTIFF'S OBJECTIONS TO REPORT AND RECOMMENDATIONS; DECLARATION OF RAYMOND J. BAZELL; EXHIBITS

by placing true copies thereof enclosed in a sealed envelope addressed as follows:

[ ] Via U.S. Mail   CAROLYN PHILLIPS, PRO TEM JUDGE
VAN NUYS SUPERIOR COURT
14400 ERWIN ST. MALL, DPT. 109
VAN NUYS, CA. 91401

I deposited such envelope in the mail at Reseda   California. The envelope was mailed with postage thereon fully prepaid.

[ ] By personal service

I delivered such envelope
by hand to:

Executed on   June 11, 2011   at   Reseda   California.

I declare under penalty of perjury under the laws of the United States that all the foregoing is true and correct.

*[signature]*

THOMAS SMITH

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☒)

RAYMOND J. BAZELL

**DEFENDANTS**

THE PEOPLE OF THE STATE OF CALIFORNIA

(b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):

(c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

SAME

Attorneys (If Known)

LOS ANGELES CITY ATTORNEY'S OFFICE

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in this State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)  1,000.-
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No  ☐ **MONEY DEMANDED IN COMPLAINT: $** 1,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

~~18 U.S.C. §42~~ MY CASE FROM A REDLIGHT-CAMERA TICKET WAS FRAUDULENTLY PROSECUTED BY A SHERIFF DEPUTY INSTEAD OF OFFICE OF THE CITY ATT.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☒ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | CIVIL RIGHTS | FORFEITURE/ PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | ☒ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: CV11-02097 OP

CV-71 (07/05)  CIVIL COVER SHEET  Page 1 of 2

1

Name: RAYMOND J. BAZEN
Address: 6517 YARMOUTH AVE.
RESEDA, CA. 91335
Phone: (818) 770-9658
Fax: _____
In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
APR 11 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

RAYMOND J. BAZEN

Plaintiff

v.

THE PEOPLE OF THE STATE OF CALIFORNIA

Defendant(s).

CASE NUMBER: CV11-02097 GHK (OP)

To be supplied by the Clerk of
The United States District Court

COMPLAINT

Supreme Ct. of California No. S189145
Court of Appeal of Ca. No. B229022
Superior Ct. Appellate Div. BR048247
Superior Court - Trial Court No. 046011TT

- 1 -

CV-126 (09/09)  PLEADING PAGE FOR A COMPLAINT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.  CV11-2097-UA(OP)                                   Date  3/24/11

Title  RAYMOND J. BAZELL v. THE PEOPLE OF THE STATE OF CALIFORNIA

Present: The Honorable   OSWALD PARADA, U.S. MAGISTRATE JUDGE

| MAYNOR GALVEZ | NONE | NONE |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

**Proceedings:**   ORDER DEEMING COMPLAINT TO BE SECTION 2254 WRIT OF HABEAS CORPUS PETITION

On March 11, 2011, a Complaint along with a Request to Proceed In Forma Pauperis (IFP) was lodged with the Court. This Court granted the IFP, and ordered that the case be filed. The Court hereby deems the Complaint to be a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, and shall be filed as such.

IT IS SO ORDERED

Initials of Preparer   mg

CV-90 (06/04)              CIVIL MINUTES - GENERAL              Page 1 of 1



# LOS ANGELES SUPERIOR COURT - VAN NUYS BRANCH COURT
4400 ERWIN STREET MALL VAN NUYS, CA 91401-2705

Ref: CT003
OFFICER Pino
TRIAL DOCKET

CASE NO.: 046011TT   LEA: 7414

DEFENDANT: RAYMOND JACK BAZELL   TRUE NAME: _____

CHARGE(S):
1) 21453A       2)            3)            4)
RED OR STOP
$ 100.00        $             $             $

Type of Bail: OR   DMV Abstractable: Y   Priors: 0   Traffic School Eligible: Y

Bail Amount: $ 446.00   Receipt #:   Date Posted: //   Date Issued: November 18, 2009

DATE: March 25, 2010   TIME: 1:30pm   DEPT: 109   NEREIDA RUIZ

JUDGE/COMMISSIONER/JUDGE PRO TEM: C. Phillips   CLERK: _____

REPORTER _____ INTERPRETER _____ PROSECUTOR _____

[ ] STIPULATION TO JUDGE PRO TEM FILED.

CAUSE CALLED FOR TRIAL
[ ] DEFENDANT NOT IN COURT
  [ ] Bail forfeited. No further proceedings. Time_____ [ ] Bench warrant ordered. Bail $_____ [ ] Hold/Warrant to (re) issue
[✓] DEFENDANT IN COURT [✓] Without counsel. [ ] Represented by counsel _____
[ ] Defendant duly arraigned and informed of the charges against him. Defendant advised of the right to counsel of choice or public defender, to a speedy trial by court, confrontation and cross-examination of witnesses, process of the court to subpoena witnesses in own behalf and against self-incrimination.
[ ] PURSUANT TO P.C. 17d2: The Court, with the consent of the defendant, determines that the offense is an infraction in which event the case shall proceed as if the defendant had been arraigned on an infraction complaint.
[ ] Defendant personally acknowledges understanding of the above. Defendant pleads not guilty and demands trial forthwith.
[ ] Defendant waives time for trial.
  [ ] Court accepts defendant's change of plea:   [ ] guilty   [ ] nolo contendere
  [ ] People not ready to proceed. Case dismissed pursuant to 1385 P.C.
  [ ] Dismissed - Officer not present to testify   [ ] Dismissed - Officer has no recollection
  [ ] Dismissed _____
  [ ] On motion of (COURT) (PEOPLE) (DEFENDANT) case reset for trial to _____ at ___ m. in Dept. ___
[✓] Officer and Defendant sworn and examined.
[ ] Additional witnesses sworn and examined for: _____

[✓] Both parties rest.
[✓] DEFENDANT ADJUDGED GUILTY   [ ] Defendant in Court and arraignment and time for judgement and sentence having been waived and there being no cause why judgement should not now be pronounced, it is adjudged and ordered by the Court that as a sentence for the violations charged, the defendant shall pay a fine in the sum of $ 100 plus penalty assessment as to Count(s) 1 . [ ] Cash Bail Applied.

As to remaining Counts _____ : [ ] Sentence Suspended [ ] Not Guilty [ ] Dismissed
[ ] DEFENDANT ADJUDGED NOT GUILTY ON ALL COUNTS
  [ ] Bail Ordered Exonerated     [ ] Bail Refund Card Issued # _____
[ ] DEFENDANT ORDERED TO ATTEND 8-HOUR TRAFFIC SCHOOL
[ ] COMMENTS: _____ FP $ 444 / 476

Created: 03/18/10

4

RAYMOND J. BAZELL
6517 YARMOUTH DR.
RESEDA, CA. 91335



U.S. DISTRICT COURT
EASTERN DIVISION
HON. OSWALD PARADA,
    U.S. MAGISTRATE JUDGE
3470 TWELFTH ST., CTRM 3
RIVERSIDE, CA. 92501-3000

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 13 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY