# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Willie Joe Steels, Jr., | ) | CV 11-754 JSL (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| Robert H. Trimble, Warden, | ) | |
| Respondent, | ) | |

Pursuant to the order denying Petitioner's motion for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and dismissed with prejudice.

DATED: Feb. 29, 2012        _____

Honorable J. Spencer Letts
Senior United States District Judge